

130 P.3d 554

# SUPREME COURT OF HAWAIʻI

**March 8, 2006**

| 25376 | State v. Lanse | Dismissed |
|---|---|---|

**March 9, 2006**

| 24314 | Kawamae v. Eun Joo Lee | Affirmed |
|---|---|---|

**March 10, 2006**

| 25633 | State v. Lanosa | Affirmed |
|---|---|---|

**March 13, 2006**

| 27258 | State v. Anzai | Affirmed |
|---|---|---|

**March 21, 2006**

| 25477 | State v. Giese | Affirmed |
|---|---|---|
| 27252 | State v. Waialae | Vacated and Remanded |

**March 28, 2006**

| 26829 | State v. Smith | Affirmed |
|---|---|---|